FILED ✓     LODGED ___
RECEIVED ___     COPY ___

DEC 1 3 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Ricardo Sidonio Palmerin,<br><br>    Defendant. | 12-04184M-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating his conditions of probation as alleged in Condition #1(A1 and A2) of the Petition to Revoke Supervised Probation.

    IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SEVENTY -FIVE (75) DAYS**, with credit for time served.  Sentence shall run concurrent with sentence in case 12-04392MP-001-PCT-MEA.

    IT IS FURTHER ORDERED that Condition #1 (A3) is DISMISSED.

    DATED this 13th day of December, 2012.

                                          D. Thomas Ferraro<br>
                                      United States Magistrate Judge